James D. Claytor, Esq., SBN. 53305
CLAYTOR LAW GROUP
2000 Crow Canyon Place, Suite 270
San Ramon, California 94583
Telephone: (925) 866-8899
Fax:           (925) 866-8898
Email: jdc@claytorlawgroup.com

Attorneys for Plaintiff
Old Republic Home Protection Co, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC HOME PROTECTION CO, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>LIKE NEW HOME WARRANTY LLC, a California limited liability company, dba HOME WARRANTY SOLUTIONS, and dba NEW HOME WARRANTY, and dba US HOME GUARD, and dba HOME WARRANTY DIRECT, and Does 1 to 100<br><br>Defendants. | Case No.  21-cv-05141-KAW<br><br>STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO FILE A DISMISSAL |

-1-

STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A DISMISSAL

Pursuant to Local Rules 7-12, counsel, Plaintiff Old Republic Home Protection Co., Inc. ("Plaintiff") and Defendant Like New Home Warranty, LLC ("Defendant") hereby stipulate to the following:

WHEREAS, on May 25, 2022, Plaintiff and Defendant entered into a Settlement Agreement ("Settlement Agreement");

WHEREAS, on June 9, 2022, Magistrate Judge Kandis Westmore Ordered Plaintiff to File a Dismissal Within 60 Days [Dkt 45], or by August 8, 2022; and

WHEREAS, Plaintiff needs additional time to fully investigate an alleged breach of the Settlement Agreement.

NOW THEREFORE, the parties stipulate that:

The time for Plaintiff to file a Dismissal is extended to August 31, 2022.

Dated:  August 4, 2022             Claytor Law Group, PC


                                    /s/James D. Claytor
                                   James D. Claytor, Attorneys for Old Republic
                                   Home Protection Company, Inc.


                                   Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

                                    /s/Daniel J. Herling
                                   Daniel J. Herling
                                   Attorneys for Like New Home Warranty LLC

ATTESTATION OF COMPLIANCE

I, James D. Claytor, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Daniel J. Herling, counsel for Defendant, concurred in this filing.

                                 */s/James D. Claytor*
                                 James D. Claytor

STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A DISMISSAL

|   |   |
|---|---|
| 1 | ORDER |
| 2 |   |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 |   |
| 5 |   |
| 6 | Date: 8/5/2022 |
| 7 | Hon. Kandis A. Westmore |
| 8 | United States Magistrate Judge |

ORDER TO EXTEND THE TIME FOR PLAINTIFF TO FILE A DISMISSAL